UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-CV-20133-MIDDLEBROOKS
(08-CR-21148) ✓

TAVARIS SISTRUNK,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND GRANTING AMENDED MOTION TO VACATE SENTENCE UNDER § 2255

THIS CAUSE comes before the Court upon the Report and Recommendation issued by Magistrate Judge Patrick A. White on June 29, 2016. (DE 19). Tavaris Sistrunk filed an Amended Motion to Vacate pursuant to § 2255 ("Motion") on June 24, 2016. (DE 17). Mr. Sistrunk seeks relief in light of *Johnson v. United States*, 135 S. Ct. 2251 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). The Government filed a Notice that it does not oppose Mr. Sistrunk's Motion and concedes that Mr. Sistrunk is not an Armed Career Criminal under the Armed Career Criminal Act, 18 U.S.C. § 924(e) ("ACCA"), in light of *Johnson* and *Mathis v. United States*, __ S. Ct. __, 2016 WL 3434400 (June 23, 2016) (No. 15-6092). The Report, therefore, recommends granting Mr. Sistrunk's unopposed Motion, vacating his sentence, and resentencing him.

Upon a careful, *de novo* review of the record, the Court agrees with the Report's recommendations. I see no reason to wait for Objections to the Report in light of the

Government not opposing Mr. Sistrunk's Motion. Accordingly, Mr. Sistrunk's sentence is vacated and he must be resentenced without the ACCA enhancement.

It is **ORDERED AND ADJUDGED**:

(1) The Amended Motion to Vacate (DE 17) is **GRANTED**.

(2) Movant's sentence in Case Number 08-CR-21148, as set forth in the Judgment Order on May 26, 2009 (DE 147), is **VACATED**. Movant is due to be resentenced without the ACCA enhancement. The matter is set for **RESENTENCING on July 27, 2016 at 11:30 a.m.**

(3) All pending motions are **DENIED as MOOT**.

(4) The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 29 day of June, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record;
Tavaris Sistrunk
81643-004
Canaan-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 300
Waymart, PA 18472